AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 30 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Emilio Bellizzia a/k/a Juan Bellizzia<br>507 Bristol Way<br>Brandon, MS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:22 mj 183-LGI<br>) (UNDER SEAL)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 15, 2022__ in the county of __Rankin__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a)(e)<br>18 U.S.C. 2252(a)(4)(B) & (b)(2) | See Affidavit attached hereto and incorporated herein by reference |

This criminal complaint is based on these facts:
See Affidavit of TFO/SA Richard Johnson attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO/SA Richard Johnson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/30/2022

_____
*Judge's signature*

City and state: Jackson, Mississippi    Hon. LaKeysha Greer Isaac, U.S. Magistrate Judge
*Printed name and title*



## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Johnson, a Task Force Officer (TFO) with the Federal Bureau of Investigation, being duly sworn, hereby depose and states as follows:

## INTRODUCTION

1. I am a certified law enforcement officer certified in 1999 by the State of Mississippi and have worked in law enforcement for twenty-three (23) years. During these twenty-three (23) years, I have investigated numerous types of violations such as narcotics violations, public integrity violations and cybercrime offenses. I obtained a Bachelor of Science in Criminal Justice Degree in May of 1999 from Delta State University. Throughout my law enforcement career, I have received specialized training and have received numerous certificates pertaining to law enforcement. For the past thirteen (13) years, I have been employed with the Mississippi Attorney General's Office as an Internet Crimes Against Children Investigator. I have investigated cybertips that are distributed by the National Center for Missing and Exploited Children (NCMEC). I have also been involved in investigating Peer to Peer cases as well as online chat cases involving child exploitation. I have received training in cyber-crimes and computer forensics. I have also received training in investigative techniques and undercover chat for internet crimes against children. I am currently assigned to the Federal Bureau of Investigation Child Exploitation Task Force.

2. I have been assigned as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) since December 1, 2013, and I am currently assigned to the Jackson Division of the FBI. While employed by the FBI, I have investigated federal criminal violations related to

1

child exploitation, child pornography and human trafficking. I have gained experience through training opportunities and everyday work related to conducting these types of investigations.

3. As a Task Force Officer, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

## STATEMENT OF PROBABLE CAUSE
## CURRENT INVESTIGATION

4. An investigator with Winnebago County Sheriff's Office acting in an undercover capacity was investigating a KiK group dedicated to trading child pornography. The name of the KiK group is titled "9". Winnebago County Sheriff's Department requested assistance from FBI Milwaukee in identifying the individuals in the Kik group for the purpose of federal prosecution.

5. An individual utilizing the KiK username "mrjingles0," was a member of group "9". This user had been an active distributer of child pornography in the group. This user sent out images of child pornography to the group including videos depicting prepubescent females performing oral sex on adult males.

6. On September 18, 2020, FBI Milwaukee served KiK with an administrative subpoena for subscriber information associated to username mrjingles0. On September 21, 2020, KiK provided the following information:

First Name: Mr. Jingles

Last Name: M

Email: bogushit@gmail.com

Username: mrjingles0

Registration Timestamp: 09/06/2020 14:40 UTC

IP Logs: Logins from multiple IP addresses resolving to AT&T Internet.

2

7.      On September 24, 2020, an administrative subpoena was sent to AT&T Internet for subscriber information associated to the following IP address:

108.238.14.142.

On September 24, 2020, AT&T Internet responded to the subpoena and the above IP log was associated to Account Number: 267716704

EMILIO BELLIZZIA

Address: 94 Long Meadow Road, Brandon, Mississippi 39042

Phone Number: 601-764-2680

8.      Task Force Officer (TFO) Richard Johnson received this information from Milwaukee FBI for assistance with locating Emilio Bellizzia. TFO Johnson viewed the child sexual abuse images that were sent from mrjingles0 to group "9". The first video viewed is labeled Img_4999.MP4 which is 20 seconds long. The video shows a prepubescent female child wearing a red sweatshirt and no bottoms. The minor is dancing around exposing her prepubescent vagina.

9.      The second file viewed by TFO Johnson is Img_4992.jpg. It depicts a prepubescent female child laying on the bed nude with her legs spread exposing her prepubescent vagina.

10.     The third file viewed by TFO Johnson is Img_4995.jpg. The image depicts a prepubescent female child wearing a red dress pulled up with her legs spread and raised up to her head exposing her prepubescent vagina.

11.     Accurint search for **Emilio Bellizzia** revealed the following information:

Name:   Emilio Bellizzia

DOB:    x/xx/1978

SSN:    xx-xx-8430

3

Address:    507 Bristol Way, Brandon, Mississippi

Possible Emails:    bogushit@gmail.com, ebellizzia@gmail.com

Past Address:    94 Long Meadow Road, Brandon, Mississippi (August 2018- December 2020).

12.     On March 16, 2022, a physical surveillance was conducted at **507 Bristol Way, Brandon, Mississippi**. There were house numbers visible on the mailbox as well as in the yard, verifying the residence was located at 507 Bristol Way, Brandon, Mississippi. There was a pickup truck visible in the driveway displaying **tag number: 8RUTU5**. The tag information comes back to a gray 2021 Toyota Tundra, registered to **Emilio Bellizzia**, residing at **507 Bristol Way, Brandon, Mississippi.**

13.     Additional Surveillance was conducted the week of August 15, 2022, though August 19, 2022. Three vehicles were observed in the driveway at various times. The first vehicle was a 2021 Toyota Tundra tag number 8RUTU5, registered to Emilio Bellizzia at 507 Bristol Way, Brandon, Mississippi. The second vehicle observed was a 2012 Ford Fusion, Tag RAJ5880, registered to Mary Elizabeth Smith and "Arri" at 507 Bristol Way, Brandon, Mississippi. The third vehicle observed was a 2023 Kia Sportage, Tag RAX0669, registered to Juan and Mary Bellizzia at 507 Bristol Way, Brandon, Mississppi.

Data base checks were conducted and revealed Emilio Bellizzia is the same individual as Arri and Juan Bellizzia. It also revealed that Mary Elizabeth Smith is the same person as Mary Bellizzia.

14.     A search warrant was obtained on September 9, 2022, for the residence located at 507 Bristol Way, Brandon, Mississippi. The warrant was executed on September 15, 2022. During the execution of the search warrant, Emilio Bellizzia was mirandized. Emilio Bellizzia waived his

4

*Miranda* rights and agreed to speak with law enforcement. During the interview, Emilio identified a KIK profile picture and username - mrjingles0/Mr. Jingles M, as an account that belonged to him. He also identified and admitted to six screenshots of child pornography images. The screenshots were taken from videos that were sent from his KIK account to another KIK user. The images depicted nude prepubescent female children. Emilio Bellizzia admitted to possessing the child pornography images and sending child pornography to the KIK group "9". He also admitted to masturbating to the child pornography. Numerous electronic devices were seized during the execution of the search warrant on September 15, 2022, from his residence.

15.   On September 17, 2022, a Saturday, Mary Bellizzia, the wife of Emilio Bellizzia, contacted FBI Jackson and the Rankin County Sheriff's Department to relay information to Task Force Officer Richard Johnson that Emilio Bellizzia was fleeing Mississippi. TFO Johnson contacted Mary Bellizzia and she informed TFO Johnson that Emilio Bellizzia admitted to her that he touched her nine-year-old daughter's vagina. Mary Bellizzia stated that Emilio Bellizzia told her that the nine-year-old was asleep when Emilio Bellizzia touched the minor but there were "some pictures on his cellphone that are incriminating." Mary Bellizzia stated that she and Emilio Bellizzia discussed his options: she was trying to talk him into turning himself into the police, but Emilio Bellizzia was talking about fleeing to Mexico. Mary Bellizzia gave Emilio Bellizzia a cellular telephone so he could communicate with a lawyer because his cell phones were taken during the execution of the search warrant. Mary Bellizzia stated that she saw Emilio Bellizzia at a pawnshop the morning of September 17, 2022, in Rankin County, Mississippi. Mary Bellizzia further stated that Emilio Bellizzia turned the cell phone off and discontinued any communication with her. Mary Bellizzia was concerned that Emilio Bellizzia was pawning items to get cash so he could flee to Mexico. TFO Johnson contacted Deputy A.J. DiMartino with the Rankin County

Sheriff's Department. TFO Johnson provided Deputy DiMartino with tag number 8RUTU5 which is the tag number of the vehicle driven by Emilio Bellizzia. A search for Emilio Bellizzia's tag was conducted through the license plate reader database, and it was determined Emilio Bellizzia was traveling west on I-20 and had gone through Clinton, Mississippi, at approximately 11:30 a.m. and was in Monroe, Louisiana at approximately 1:00 p.m.

On September 17, 2022, a Rankin County Judge issued an arrest warrant for Emilio Bellizzia for gratification of lust based on the information received from Mary Bellizzia, wife of Emilio Bellizzia . Identifying information of Emilio Bellizzia was entered into the NCIC data base. At approximately 4:30 p.m. on September 17, 2022, a Louisiana State Troopers stopped and arrested Emilio Bellezzio on the Rankin County, Mississippi warrant.

16.   Based on the foregoing information, your Affiant has set forth sufficient facts to establish probable cause to believe that Emilio Bellezzia distributed and possessed images of child pornography in violation of Title 18, United States Code, Sections 2251(a) (e) and 2252(a)(4)(B), which, among other things, make it a federal crime for any person to possess or distribute child pornography.

17.   Based upon the foregoing, your Affiant respectfully requests that this Court issue a warrant for the arrest of Emilio Bellezzia for violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

_____
Richard Johnson
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me this 30th of September 2022.

_____
United States Magistrate Judge

6