My dad, daddy, daddio or pa as I call him, has always been my hero. Ever since I can remember I've been a daddy's girl, he has always been my rock. During my school life I would show him off every chance I got, I have always admired my dad because he's such a hard working person, he worked from the bottom up to get where he was in his career through struggles not a lot of people go through and some can't even imagine, his success was truly admirable. He would cook delicious meals for me and my sister. For our birthdays he would make them beyond special he would make whatever dish we wanted and any cake, flan or cheesecake we wanted, he truly is an amazing dad.

I remember having to do projects for school about people we admired and I would always write about my dad. He's very hard working and would do anything for his family. I know he has always loved me and my sister so much more than anything and when my son (his grandson) came along, he has loved him and has showered him with gifts and love just like any other grandfather. He was so excited when we told him he was going to be a grandpa. He was the only person I wanted in the room along with my husband during my delivery. My dad has always been there for me when I need him, if I was sick, sad or just needed to talk. My dad has always supported every decision I made, he taught me how to

be independent, smart, take care of myself, eat healthy, workout, be the person I am today, he was my gym buddy, he'd go get me and my sister our feminine products when we were too embarrassed to get them ourselves, I've always looked up to him. I remember the financial struggles, the times he would figure it out on his own. Having two teenage daughters having to buy us back to school clothes, he even sold one of his guitars to give us what we wanted and that was just one of the many times my dad was selfless. He would go without before we did. My dad always went above and beyond for everyone he loves. He has gone through so many struggles and traumatic experiences in his life but no matter what he always did his best and gave his all to everything and everyone. Overall my father is a good, kind and caring person who did something bad, he made a mistake that I know he wouldn't have made if he would've had the resources to get help, if he would've had the right people that he could trust and confide in to get to where he needed to be. My dad raised me and my sister in a happy and healthy home, even after my mother left he raised us and took care of us with love and went out of his way to make sure we had everything we needed and wanted. My dad always loved my mom and had respect for her, he cared about her during their marriage and after, I remember always feeling happy

that they at least had a good relationship even after their separation.

My dad is a funny, kind, sweet dad who has trauma worse than anyone could imagine but has done his best to be an amazing father and grandfather.


Nayeli Bellizzia Pace

From:  Teresa (Terry) G. Bridges
       104 Lake Forest Lane
       Clinton, MS 39056

DATE: 3.27.2023

Subject: Juan Emilio Bellizzia Arriaga

To Whom it May Concern:

I am writing in regard to my relationship with Emilio and his family.

My name is Teresa (Terry) G. Bridges. I am the mother-in law-of Emilio's daughter, Nayeli (Andi) Bellizzia. I have attended several family events with Emilio from moving, to birthday parties, baby reveal party, to sitting in the hospital for hours while our grandson was being born.  During these events, I had the opportunity to interact with Emilio and his family, Mary (his wife), his daughters Po and Andi, my son Brenton Pace, and our grandson Liam. Emilio was a loving dad and grandfather.  I saw no warning signs or potential issues with their family dynamics. There were no apparent signs of avoidance, anger, anxiety, etc. between Emilio and his daughters. They all appeared to be loving and respectful toward each other.

Sincerely,

*Teresa (Terry) G Bridges*

Teresa (Terry) G. Bridges

Emilio was like a father to me. He was a father figure, he was very supportive through tough times. Emilio gave me advice when I needed it. Once he helped me drive to Tennessee to pick up furniture from my dad when no one else wanted to, he gave me work, marriage and life advice, I truly looked up to him. Emilio made me feel like a part of the family, he accepted me for who I am, during holidays he always included me and has always tried to get to know me and my interests. He got me so many cool Christmas and birthday gifts that I enjoyed and loved because I could tell he took the time to pick something out he knew I would like I'll never forget the Christmas he got me a crossbow and I gave him to biggest hug while him and I tried out for the first time, he made me feel like a son. I know how much he loves his daughters and the pride he took in them.

Brenton Pace

Good morning!

I hope this letter is not late, it was not easy for me to say send it.

My name is Nayeli Jurado Solache, I am 44 years old and I was married to Mr. Juan Emilio Bellizzia Arriaga.

We had a normal marriage with happy days and also not happy ones like any other marriage with ups and downs.

The coexistence that we had as I mentioned was normal within a marriage, during the time that we were together I never saw anything strange in regards to the coexistence that we had with our daughters Fernanda and Paola.

Personally, I have memories of a father who always worried about the well-being of his daughters and mine.

Always the 2 fighting to give them the best.

A memory that I never forget is when we lived in CD. Juárez and the two of us worked and had different hours.

That day it was my turn to work and him to rest, we agreed that when I returned home we were going to go out with the girls. I got home and I had them ready with clothes that didn't match and hairstyles that just remembering it makes me laugh. Fernanda had long hair and she made 2 pigtails for it, she filled it all with gel and put little ties all over her hair so that her hair was in place.

On weekends lunch was prepared by him.

When it comes to helping the girls at school, he had Mathematics, he was always better than me at that 😂 my thing was craft.

When the separation came it was not easy but with time we saw that it was the best and that we could have a good relationship for the girls and ourselves.

That ended when he already began to live with his partner. One day he told me that I could no longer call him or write to him except for what was necessary for the girls.

This was uncomfortable and annoyed to some extent because there were times (if not definitely) that we could not get back to good communication and this was because his Partner (Mrs. Mary forbade it)

The time when Paola went for her teeth surgery, she couldn't know how she was, how everything had turned out were short and sharp answers and after the surgery the same. Even without being able to have the opportunity to take care of her.

The few times I tried to have a good relationship with her, she was always evasive and even rude.

All this worried me because I could not know if she had the same treatment with my daughters.

Emilio and I had good communication, he even asked my opinion about the ring he had bought for her (Mary) and how he planned to surprise her to give it to her.

I saw a radical change in him after she came to live with them.

Regarding the coexistence that I had with him as the father of my daughters, it was very normal, disciplining him when he had to and he always had love for them.

Always looking out for your well-being.

Always the 2 fighting to get ahead of our daughters.

The moment I decided to leave home and leave our daughters with him, I did not hesitate because I knew that he was a good father who could take care of them.

Nayeli Jurado Solache.